**Order entered January 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00039-CV

### IN RE SUGAR RAY FRANKLIN, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1155114**

## ORDER

Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DISMISS** this proceeding for lack of jurisdiction.

/s/     AMANDA L. REICHEK
JUSTICE